IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KANSAS MASONIC FOUNDATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AUTO-OWNERS INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | State Case No. SN-2024-CV-000169 <br><br> Federal Case No. |

## NOTICE OF REMOVAL

Comes now Defendant Auto-Owners Insurance Company ("Auto-Owners"), by and through undersigned counsel, and under 28 U.S.C. §§ 1332, 1441, and 1446, and hereby files its Notice of Removal of the above-captioned matter to the United States District Court for the District of Kansas. In support, Auto-Owners states the following grounds supporting removal:

1. The above captioned matter was filed in the District Court of Shawnee County, Kansas, Case No. AN-2024-CV-000169, on March 6, 2024. Auto-Owners, by and through counsel, received and accepted service of Plaintiff's Petition on March 13, 2024.

2. This Notice of Removal is timely insofar as this Notice is filed "within thirty days after receipt by the defendant, through service or otherwise, of a copy of a copy of the initial pleading…." 28 U.S.C. § 1446(b)(1).

3. Plaintiff brings this declaratory judgment action for a judicial declaration that Auto-Owners, under several insurance policies issued to Plaintiff, has a duty to pay for Plaintiff's loss due to theft of Plaintiff's funds by an employee. Plaintiff, in its prayer, seeks a

judgment of $410,000.00, plus its attorney fees, prejudgment and post-judgment interest, and costs. (*See* Exhibit A, Plaintiff's Petition.)

4. Plaintiff is a Kansas not-for-profit corporation with its principal place of business in Shawnee County, Kansas, at 221 SW 33rd Street, Suite 100, Topeka, Kansas 66611. Therefore, Plaintiff is a citizen of Kansas.

5. Auto-Owners is a foreign for-profit insurance company incorporated in the State of Michigan with its principal place of business located at 6191 Anacapri Blvd., Lansing, Michigan, 48917. Therefore, Auto-Owners is a citizen of the State of Michigan for the purposes of diversity jurisdiction.

6. Complete diversity of citizenship exists in this case and the amount in controversy exceeds the sum $75,000.00. Therefore, this case is properly removable to this Court.

7. Auto-Owners certifies that on the date of filing this Notice of Removal, Auto-Owners filed a notice in the above-referenced state court matter, with a true and accurate copy of this Notice of Removal as well as proof of filing, attached as an exhibit. A copy of that notice, without its attachments, is attached hereto as Exhibit B.

Respectfully submitted,

**BROWN & JAMES, P.C.**

/s/ Taylor L. Connolly
Taylor L. Connolly                KS #26653
2345 Grand Boulevard, Suite 2100
Kansas City, MO 64108
Telephone: (816) 472-0800
Facsimile: (816) 421-1183
Email:  tconnolly@bjpc.com

**Attorney for Defendant**
**Auto-Owners Insurance Company**

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2024, the foregoing was electronically filed using the electronic filing system, which will send notice of electronic filing to all registered attorneys of record. Additionally, a copy of the above and foregoing was sent by United States Mail and electronically to:

Ms. Susan L. Mauch
Ms. Jessica L. Freeman
Goodell Stratton Edmonds & Palmer LLP
515 S. Kansas Avenue
Topeka, KS 66603
slmauch@gseplaw.com
jfreeman@gseplaw.com

Attorneys for Plaintiff

/s/ Taylor L. Connolly
Taylor L. Connolly                KS #26653